THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE MIDDLETON, Appellant.

Submitted June 19, 2008; decided September 9, 2008

Motion for leave to appeal granted. Motion for poor person relief granted.